**MEMO ENDORSED**



Jarrett S. Charo – Of Counsel
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Jcharo@mizrahikroub.com
www.mizrahikroub.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/4/22
```

March 3, 2022

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Estevez v. Unconditional Love Inc.*; 1:21-cv-09025-VEC

Dear Judge Caproni:

We represent plaintiff Arturo Estevez ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for March 11, 2022, at 10:00 a.m. Plaintiff's counsel will be out of the office and will not be able to participate in the conference that day. This is Plaintiff's first request to adjourn and Defendant consents to this request.

Thank you for your consideration in this matter.

Respectfully submitted,

*/s/ Jarrett S. Charo*
JARRETT S. CHARO

cc: All Counsel of Record (via ECF)

---

Application GRANTED. The Initial Pre-Trial Conference currently scheduled for March 11, 2022 at 10:00 a.m. is hereby ADJOURNED until **March 25, 2022, at 10:00 a.m.** The parties' pre-conference submissions, outlined in the Court's order at Docket 5, are due not later than **March 17, 2022**.

SO ORDERED.

*[signature]* 3/4/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE