**MEMO ENDORSED**

| | USDC SDNY |
| --- | --- |
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #: _____ |
| | DATE FILED: 4/7/2022 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

ARTURO ESTEVEZ, Individually, and On Behalf of All Others Similarly Situated,

   Plaintiff,

vs.

UNCONDITIONAL LOVE INC.,

   Defendant.

------------------------------------------------------x

Case No.: 1:21-cv-09025-VEC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Arturo Estevez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Unconditional Love Inc.

DATED:  April 6, 2022

**MIZRAHI KROUB LLP**

/s/ Jarrett S. Charo
JARRETT S. CHARO

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

---

This case is hereby dismissed with prejudice. The Clerk of Court is respectfully directed to terminate any open motions and close the case.

SO ORDERED.

*[signature]* Date: 4/7/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE